UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                  §
                                        §
BLUEWATER INDUSTRIES L.P.,              §           CASE NO. 15-35530-H5-7
                                        §
DEBTOR.                                 §           CHAPTER 7

## CHAPTER 7 FEE APPLICATION SUMMARY

| Name of Applicant: | | Munshi CPA, P.C. |
|---|---|---|
| Applicant's professional role in case: | | Trustee's Accountant |
| Indicate whether this is an interim or a final application: | | Final |
| Date Order of Appointment Signed: | | 02/18/16 [Docket #18] |
| | **Beginning of Period** | **Ending of Period** |
| Total period covered in application | 01/10/16 | 05/15/18 |
| Time periods covered by prior applications: | N/A | |
| Total amounts awarded in all prior applications | | $0.00 |
| Amount of retainer received in the case | | $0.00 |
| Total fees applied for in this application and in all prior applications (including any retainer amounts applied or to be applied) | | $4,102.50 |
| Total fees applied for in this application (including any retainer amounts to be applied) | | $4,102.50 |
| Total professional fees requested in this application | | $3,525.00 |
| Total professional hours covered by this application | | 16 |
| Average hourly rate for professionals | | $220.31 |
| Total paraprofessional hours covered by this application | | 7.7 |
| Average hourly rate for paraprofessionals | | $75.00 |
| Reimbursable expenses sought in this application | | $166.02 |
| Application Cost | | $N/A |
| Total of other payments paid to Secured Claimants | | $0.00 |
| Total of other payments paid to Administrative Claimants | | 943,326.96 |
| Estimated Total for distribution to Priority Unsecured Creditors | | $0.00 |
| Expected % dividend to be paid to Priority Unsecured Creditors | | 0% |
| Estimated total for distribution to General Unsecured Creditors | | $1,842,419.73 |
| Expected % dividend to be paid to General Unsecured Creditors | | 6% |
| Expected amount to be paid to all pre-petition creditors | | $1,842,419.73 |
| Receipts to date | | $2,923,121.56 |
| Disbursements to date | | $959,301.30 |
| Current balance in the Trustee's accounts | | $1,963,820.26 |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | | |
| **BLUEWATER INDUSTRIES, LP** | § | CASE NO. | 15-35530-H5-7 |
| | § | | |
| | § | | |
| DEBTOR | § | | CHAPTER 7 |

## APPLICATION FOR COMPENSATION OF
## MUNSHI CPA, P.C., ACCOUNTANT FOR TRUSTEE

---

**NOTICE PURSUANT TO LOCAL RULE 9013**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FUTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Imtiaz Munshi, CPA, shareholder in the firm of Munshi CPA, P.C., Accountant to the Trustee in the above entitled and numbered Chapter 7 proceeding, and filing this Application for Compensation would respectfully show unto the Court as follows:

I.

Munshi CPA, P.C., ("Applicant") is an independent accountant for Ronald J. Sommers, Trustee, and makes this Application for Compensation pursuant to 11 U.S.C. Section 331 and Bankruptcy Rule 2016 for professional services rendered for the period of time between the 10th day of January, 2016 and the 15th day of May, 2018.

II.

That pursuant to the motion of the Trustee, Applicant's employment as an independent accountant to the Trustee was sought and filed in this Honorable Court on February 18, 2016. The order for authorization of employment of the Applicant is attached as Exhibit "A".

III.

All services for which compensation is requested are for and in connection with services performed for and on behalf of the Trustee at the request of the Trustee and not on behalf of any other entity, creditor or party in interest.

IV.

Applicant has not filed any prior fee application.

V.

Debtor is a partnership that had filed a Chapter 7 liquidation.

VI.

The nature, extent and scope of the issues facing the Applicant during the period of time covered by this Application will be more fully set forth hereinafter in this Application.

VII.

Attached, as Exhibit B-1, Exhibit B-2, Exhibit B-3 and Exhibit B-4, are correspondences to the Trustee which summarizes the general categories of accounting services performed during the period covered by this application.

VIII.

Benefit to Creditors and Estate.  As a result of Applicant's efforts, creditors were benefited in the following manner:

(a) The estate was able to discharge its legal obligation to file Federal Income Tax Returns for fiscal years 2015, 2016, 2017 and 2018.

(c) As a result of Applicant's efforts, the estate was able to avoid income taxes on proceeds received and collected by the Trustee.

IX.

Analysis of the twelve factors set forth in the cases of in Re First Colonial Corporation of America, 544 f.2nd (5th cir. 1977), Cert. Denied 431 U.S. 904 (1977) and Johnson v. Georgia Highway Express, Inc., 488F.2d 714 (5th Cir. 1974) which governed the court's determination of the propriety of fee allowances and out-of-pocket expense reimbursements requested by Applicant is set forth hereinafter.  Under those factors, Applicant is clearly entitled to recover the fees and expenses sought by this Application.  Attached and marked as Exhibit D is a detail of those out-of-pocket costs.

(a) Time and Labor Expended.  The total number of hours spent and being billed by Applicant for his representation for the Trustee for the period covering this fee application is as follows:

| Employee: | Actual Hours | Hourly Rate | Extended Amount |
|---|---|---|---|
| Imtiaz Munshi, CPA | 7.5 | 300.00 | $ 2,250.00 |
| Thao Nguyen, CPA | 8.5 | 150.00 | $ 1,275.00 |
| Nguyen Nguyen | 7.7 | 75.00 | $ 577.50 |
| **TOTAL** | **23.7** | | **$ 4,102.50** |

At such normal billing rates, the amount of fees to which Applicant would be entitled would be the sum of $4,102.50.  The average rate per hour would be $173.10.

Attached and marked as Exhibit C is a detailed description of time expended during the period of time covered by this fee application.

(b) <u>Novelty and Difficulty of Issues.</u> Several novel and difficult issues were dealt with by Applicant requiring experience and knowledge in matters involving taxation of a business in bankruptcy. Familiarity with bankruptcy forms such, as statement of affairs and bankruptcy schedules was required. Knowledge of tax laws as it relates to bankruptcy issues such as debt discharge and forgiveness was required in preparing the tax returns.

Determination of the Federal Income Taxes due by the estate involves determination of the basis of the assets that the Trustee received and whether there is a capital gain or ordinary income to the estate. Calculation of the basis requires considerable experience and knowledge in a situation involving bankruptcy.

Intertwined with the initial basis questions are the issues of what statutory deductions or regulations apply to this estate so that the Trustee can minimize the tax impact and maximize the return to the creditors. Further, specialized knowledge is required to prepare and file the tax returns of a bankrupt's estate because the Internal Revenue Service requires certain procedures to be followed which are not normal in the preparing of tax returns.

(c) <u>The Skill Requisite to Perform Accounting Services Properly.</u> Imtiaz Munshi, shareholder in the firm of Munshi CPA, P.C., the Applicant, is a Certified Public Accountant. The following is a brief summary of his academic and work achievements. Imtiaz Munshi graduated in 1979 with a Bachelors Degree in Accounting awarded by the 'Council for National Academic Awards' in London, England, with a 4.0 G.P.A. In November 1980 he passed the Part 1 examination of the Institute of Chartered Accountants in England and Wales. He moved to Houston in 1981 and passed the uniform CPA examination with grades in the 90s. He was awarded the CPA certificate by the Texas State Board of Certified Public Accountancy. Imtiaz Munshi's accounting work experience began in 1979 when he was employed as an audit junior at Deloitte Haskins and Sells, a "Big-8" accounting firm in London, England. His experience included audit

testing of transactions and balance sheet areas, and recording and evaluating systems of internal control. During his stay at Deloitte Haskins & Sells, Imtiaz Munshi received glowing reviews from managers and partners in the firm for outstanding work performance. In 1981, he joined the firm of Charles D. Gerhardt, CPA, P.C. where, in addition to the normal accounting experience relating to financial statement and tax return preparation, Mr. Munshi has also gained experience in management advisory services and litigation support work in the areas of bankruptcy and divorce. He became a partner in the firm of Gerhardt Munshi & Co., CPAs in 1988. The firm of Gerhardt Munshi & Co., CPAs, dissolved in December 1998, and Imtiaz Munshi continued the practice at the same location. Imtiaz Munshi continues to practice as a Professional Corporation in Houston. Munshi CPA, P.C. is the present name of Imtiaz Munshi's CPA firm.

Thao Nguyen is a CPA with nine years of experience in the field of accounting and tax preparation.

Nguyen Nguyen is a bookkeeper and administrative assistant working towards a staff accountant position.

(d) <u>Preclusion From Other Employment.</u> This case did not preclude Applicant from engaging in other employment.

(e) <u>Customary Fees.</u> Applicant has applied for compensation for fees that are its customary billing rates. Applicant's billing rates have previously been approved in fee applications filed in this court. In this case, the hourly fee computation would indicate a fee to applicant as stated in section (a).

(f) <u>Whether Fees Are Fixed or Contingent.</u> Applicant was employed by the Trustee with the understanding that all fee applications would be subject to court approval. Implicit in this is that all fee applications would be subject to the availability of funds within the estate. To this extent, Applicant's commitment to the Trustee for services to be rendered in this case was on a contingent fee basis.

(g) <u>Time Limitations Imposed by Client or Other Circumstances.</u> The Trustee kept Applicant under time restraints to complete the preparation of tax returns.

(h)     Results Obtained. Applicant reviewed financial records, prepared accounting data, tax trial balances, and advised trustee on the filing of original federal income tax returns for the debtor entity for the fiscal years 2015, 2016, 2017 and 2018.  Applicant's efforts resulted in the estate being able to avoid income taxes for all years involved.

(i)     Experience, Reputation and Ability.  Applicant would refer to the statement set forth herein above in subparagraph C as if the same were set out fully here.  Applicant has extensive experience and has performed accounting services in bankruptcy matters pending before this Honorable Court for over the past twenty years.  Applicant's experience, reputation, and ability put him at the top of that portion of his profession who practices before the Bankruptcy Courts in this jurisdiction.

(j)     The Undesirability of this Case.  Undesirability has not yet been a factor in this proceeding.

(k)     The Nature Linked in Professional Relationship with Client.  Applicant had no prior relationship with the debtor prior to his being employed pursuant to Court order by the Trustee.

(l)     All Awards in Similar Cases.  Fees requested are similar to those awarded in comparable Chapter 7 cases in the Southern District of Texas.

X.

All services for which compensation is requested were performed on behalf of the Trustee and not on behalf of any other committee, debtor, creditor or other person.   All services performed and expenses incurred were reasonable and necessary and none were duplicated.

There is no agreement or understanding in existence between the Applicant and any other party for the sharing of compensation except as allowed under Rule 2016 of the Federal Rules of Bankruptcy Procedure.

Pursuant to Rule 2016 no payments have heretofore been made by any party, except as approved by Court, or promised by any party to Applicant for the services rendered.

XI.

Applicant submits with the foregoing services rendered by Applicant and staff, particularly in light of the issues successfully addressed by Applicant, the expertise of Applicant which he has utilized to the fullest extent in this proceeding, the customary fee which Applicant could have obtained in the Houston community, the time deadlines experienced by Applicant, and especially the results achieved by Applicant fully warrant the fee requested by Applicant herein be allowed in full in the amount of $4,102.50 plus expenses to be reimbursed in the amount of $166.02.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that an allowance be approved to him in this application in the amount of $4,102.50 together with reimbursement of all expenses in the amount of $166.02 and for such other and further relief to which Applicant may show himself justly entitled.

Respectfully submitted, signed this 11th day of May, 2018.

MUNSHI CPA, P.C.

BY: _____
Imtiaz Munshi, CPA
1600 Highway 6, Suite 250
Sugar Land, TX 77478
(281) 547-0001

Attached in Support are:
Exhibit A: Order Authorizing Employment of Accountant
Exhibit B-1: Correspondence to Trustee Re: Services Performed-2015
Exhibit B-2: Correspondence to Trustee Re: Services Performed-2016
Exhibit B-3: Correspondence to Trustee Re: Services Performed-2017
Exhibit B-4: Correspondence to Trustee Re: Services Performed-2018
Exhibit C: Detailed Description of Time Expended by Employees
Exhibit D: Out-of-Pocket Costs and Expenses

# CERTIFICATE OF SERVICE

   The undersigned certifies that on June 7, 2018 a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that in accordance with Bankruptcy Local Rule 9013-1(f), the foregoing was served upon all parties listed on the attached Service List by no later than the next day after the filing

               */s/Ronald J. Sommers*
               Ronald J. Sommers



EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/19/2016

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLUEWATER INDUSTRIES L.P., | § | CASE NO. 15-35530-H5-7 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

CAME ON FOR CONSIDERATION, the Application for Authority to Employ Accountants filed by Ronald J. Sommers, Trustee ("Trustee"), it is

ORDERED, ADJUDGED and DECREED, that the Trustee be and is hereby authorized to employ Munshi CPA. P.C., as accountant in this case, said employment to be effective on the 10th day of January, 2016.

The professional services that Munshi CPA, P.C., is to render are the preparation of Federal Income Tax Returns and financial records related thereto for the Trustee. It is necessary for the Trustee to employ an accountant for such professional services.

Applicant shall be compensated for the purposes of providing tax preparation and accounting services subject to the approval of this Court after application, notice, and opportunity for hearing.

Signed the February 18, 2016

KAREN K BROWN
United States Bankruptcy Judge



**MUNSHI** C P A, P.C.
Tax & Business Advisors     1600 Hwy 6 South, Suite 250, Sugar Land, Texas 77478  (281)547-0001  FAX (281) 674-8393

DATE:  August 2, 2016

Ronald J. Sommers, Trustee
Nathan Sommers Jacobs
2800 Post Oak, 61ST Floor
Houston, Texas 77056-6102

| | |
|---|---|
| Re: BLUEWATER INDUSTRIES LP<br>    BANKRUPTCY ESTATE | CASE NO. 15-35530-H5-7<br>CHAPTER 7 |

Dear Mr. Sommers:

We have completed the Federal Income Tax Returns for the above bankruptcy estate for 2015.

We have requested a section 505(b) audit from the IRS.  We expect the IRS to notify us within 60 days that the tax returns have been accepted as filed.

Sincerely,

*[signature]*

Imtiaz Munshi, CPA

Enclosures



**MUNSHI**
C P A, P.C.
Tax & Business Advisors      1600 Hwy 6 South, Suite 250, Sugar Land, Texas 77478  (281)547-0001  FAX (281) 674-8393

## OFFICIAL ELECTRONIC MAIL SENT VIA EMAIL. NO HARD COPY TO FOLLOW

DATE:  September 6, 2017

Ronald J. Sommers, Trustee
Nathan Sommers Jacobs
2800 Post Oak, 61ST Floor
Houston, Texas 77056-6102

Re: BLUEWATER INDUSTRIES LP                             CASE NO: 15-35530-H5-7
    BANKRUPTCY ESTATE                                   CHAPTER 7

Dear Mr. Sommers:

We have completed and filed electronically the Federal Income Tax Returns for the above bankruptcy estate for 2016.

We have included all schedules K-1s to be distributed to partners.

Sincerely,

Imtiaz Munshi, CPA

Enclosures



**Tax & Business Advisors**    1600 Hwy 6 South, Suite 250, Sugar Land, Texas 77478   (281)547-0001   FAX (281) 674-8393

## OFFICIAL ELECTRONIC MAIL SENT VIA EMAIL. NO HARD COPY TO FOLLOW

DATE: March 12, 2018

Ronald J. Sommers, Trustee
Nathan Sommers Jacobs
2800 Post Oak, 61ST Floor
Houston, Texas 77056-6102

Re: BLUEWATER INDUSTRIES LP            CASE NO: 15-35530-H5-7
     BANKRUPTCY ESTATE                CHAPTER 7

Dear Mr. Sommers:

We have completed and filed electronically the Federal Income Tax Returns for the above bankruptcy estate for 2017.

Sincerely,

Imtiaz Munshi, CPA

Enclosures



**MUNSHI**
C P A, P.C.
Tax & Business Advisors    1600 Hwy 6 South, Suite 250, Sugar Land, Texas 77478  (281)547-0001  FAX (281) 674-8393

DATE: May 10, 2018

Ronald J. Sommers, Trustee
Nathan Sommers Jacobs
2800 Post Oak, 61ST Floor
Houston, Texas 77056-6102

Re: BLUEWATER INDUSTRIES LP
    BANKRUPTCY ESTATE

CASE NO: 15-35530-H5-7
CHAPTER 7

Dear Mr. Sommers:

We have completed the Federal Income Tax Returns for the above bankruptcy estate for 2018.

Sincerely,

Imtiaz Munshi, CPA

Enclosures

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
BLUEWATER INDUSTRIES L.P. § CASE NO. 15-35530-H5-7
§ (CHAPTER 7)
§
DEBTOR §

**EXHIBIT C - DETAILED DESCRIPTION OF TIME EXPENDED BY EMPLOYEES**

| SUMMARY: | HOURS | AMOUNT |
|---|---|---|
| Imtiaz Munshi, CPA | 7.50 | $ 2,250.00 |
| Thao Nguyen, CPA | 8.50 | $ 1,275.00 |
| Nguyen Nguyen | 7.70 | $ 577.50 |
| TOTAL | 23.70 | $ 4,102.50 |

| DATE | STAFF | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 28-Jul-16 | IM | Review initial bankruptcy return for 2015. Review statement of financial affairs, prior year tax returns for 2012, 2013 and 2014, partner information, rollforward balances for balance sheet, partner capital accounts. Review 2015 transactions information | $ 300.00 | 2.20 | $ 660.00 |
| 6-Sep-17 | IM | Review 2016 Forms 1 and 2. Review transactions and determine tax treatment for refunds received. Finalize 2016 tax return. | $ 300.00 | 1.00 | $ 300.00 |
| 7-Mar-18 | IM | Review 2017 Forms 1 and 2, tax workpapers and work on tax return. | $ 300.00 | 0.70 | $ 210.00 |
| 9-May-18 | IM | Review 2018 tax return along with current period documentation. Trace remaining unresolved related party AR. Discuss with staff and instruct accordingly for finalization of accounts for short period final return. | $ 300.00 | 2.40 | $ 720.00 |
| 10-May-18 | IM | Work on fee application. | $ 300.00 | 1.20 | $ 360.00 |
| | | **TOTAL FOR IMTIAZ MUNSHI, CPA** | | **7.50** | **$ 2,250.00** |

| DATE | STAFF | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 5-Apr-16 | TN | Call with Jim Woodward, email Ken for accounting records. | $ 150.00 | 0.30 | $ 45.00 |
| 5-Jul-16 | TN | Continue working on 2015 return: fixed asset, P&L, B/S. | $ 150.00 | 0.80 | $ 120.00 |
| 26-Jul-16 | TN | Complete 2015 return. | $ 150.00 | 1.30 | $ 195.00 |
| 1-Aug-16 | TN | Complete tax return after review, email Ron. | $ 150.00 | 0.50 | $ 75.00 |
| 14-Aug-17 | TN | Prepare & review data entries for 2016 return. | $ 150.00 | 0.50 | $ 75.00 |
| 6-Sep-17 | TN | Clear review comments, process draft to email for review & signature, email staff for efiling & processing instructions. | $ 150.00 | 1.00 | $ 150.00 |
| 5-Mar-18 | TN | Review 2017 return. | $ 150.00 | 0.50 | $ 75.00 |
| 19-Mar-18 | TN | Call & email with Ms. Lorraine Luna for K-1 copy - 2017. | $ 150.00 | 0.30 | $ 45.00 |
| 9-May-18 | TN | Call with staff for 2018 tax questions. | $ 150.00 | 0.30 | $ 45.00 |
| 9-May-18 | TN | Prepare 2018 final return, research on settlement proceeds, adjust capital balances. | $ 150.00 | 1.50 | $ 225.00 |
| 10-May-18 | TN | Discuss final return items with Mr Munshi. Prepare adjustments based on discussion to close out the short year | $ 150.00 | 1.50 | $ 225.00 |
| | | **TOTAL FOR THAO NGUYEN, CPA** | | **8.50** | **$ 1,275.00** |

| DATE | STAFF | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 5-Mar-18 | NN | Prepare 2017 Tax Return. | $ 75.00 | 1.20 | $ 90.00 |
| 9-Mar-18 | NN | Process 2017 tax return and send out K1s to partners | $ 75.00 | 2.00 | $ 150.00 |
| 7-May-18 | NN | Work on Form 2 activies for 2018 tax return . Search for settlement proceeds information from Pacer. | $ 75.00 | 0.50 | $ 37.50 |
| 8-May-18 | NN | Assist with gathering data and organizing documents for fee application preparation. | $ 75.00 | 1.50 | $ 112.50 |
| 11-May-18 | NN | Process 2018 paper-filed return and send out K1s to partners | $ 75.00 | 2.50 | $ 187.50 |
| | | **TOTAL FOR NGUYEN NGUYEN** | | **7.70** | **$ 577.50** |

# EXHIBIT "D"

```
IN RE:                          §
                                §
BLUEWATER INDUSTRIES L.P.       §        CASE NO.   15-35530-H5-7
                                §
      DEBTOR                    §                   CHAPTER 7
```

DETAIL OF OUT-OF-POCKET COSTS AND EXPENSES

| | | |
|---|---|---|
| XEROX COPIES | 80 @ $ .20 | $ 16.00 |
| DELIVERY SERVICE AND POSTAGE: | | |
|    - 2017 K-1 TO PARTNERS | | $ 71.40 |
|    - 2018 TAX RETURN | | $  7.22 |
|    - 2018 K-1 TO PARTNERS | | $ 71.40 |
| PARKING | | $  0.00 |
|    TOTAL | | $ 166.02 |
| | | ====== |