

**EXHIBIT A**



ENTERED
12/18/2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-35530-H5-7 |
| BLUEWATER INDUSTRIES L.P., | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

Upon the Application of Ronald J. Sommers (the "Trustee"), chapter 7 trustee of the bankruptcy estate of the above named Debtor, praying for authority to employ and appoint the law firm of Nathan Sommers Jacobs, A Professional Corporation ("NSJ") and to designate Spencer D. Solomon to act as lead counsel to represent Trustee, and it appearing from the Application and the Affidavit attached thereto that the members of NSJ are attorneys duly admitted to practice in this Court, and that NSJ represents no interest adverse to the Trustee, the above named Debtor, or the bankruptcy estate in the matters upon which it is to be engaged, that NSJ is disinterested as that term is defined by § 101(14) of the Bankruptcy Code, that its employment is necessary and would be in the best interest of the estate, and that the case is one that requires retention of counsel, it is:

ORDERED that the Trustee be and is hereby authorized to employ NSJ, with Spencer D. Solomon acting as lead counsel, to represent the Trustee in this case, effective as of October 26, 2015, to perform the following necessary professional services:

a. assisting the Trustee where necessary to negotiate and consummate non-routine sales of the assets of the estate, including sales free and clear of liens, claims, and encumbrances, and to institute any necessary proceedings in regard thereto;

b. analyzing, instituting, and prosecuting actions regarding insider transactions and third-party dealings;

c. instituting non-routine objections to proofs of claim asserted against the estate, and prosecuting all contested objections to proofs of claim asserted against the estate;

d. analyzing, instituting, and prosecuting actions regarding recovery and disposition of property of the estate, including the resolution of title problems associated with estate property;

e. analyzing, instituting, and prosecuting actions regarding avoidance of setoffs and avoidable transfers;

f. representing the estate in any other law suits or adversary proceedings as necessary;

g. assisting with the employment of professional persons by the estate, obtaining court approval to pay professionals, and, when necessary, objecting to unreasonable fee applications by those professionals;

h. investigation executory contract relationships of the Debtor and instituting necessary proceedings to assume or reject such executory contracts;

i. analyzing business associations of the Debtor and/or debts owing to the Debtor, determining the interest of the estate, and instituting and prosecuting any actions necessary to effect the recovery and liquidation of such interest or obligations;

j. preparing for, instituting, and prosecuting any necessary examinations under FED. R. BANKR. P. 2004 and, if necessary, instituting and prosecuting motions to compel attendance and removal of persons for examination under FED. R. BANKR. P. 2005; and

k. rendering legal advice and assistance with regard to matters involving taxation of the estate.

IT IS FURTHER ORDERED that NSJ shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee.

Case 15-35530 Document 75-4 Filed in TXSB on 12/28/15 Page 2 of 17

IT IS FURTHER ORDERED that should the Trustee desire for NSJ to perform any additional professional services, other than those authorized herein, or should the Trustee desire to appoint additional counsel to perform legal services, leave is hereby granted for the Trustee to file such other applications or supplemental applications as may be necessary or appropriate.

Signed: December 18, 2015

_____
Karen K. Brown
United States Bankruptcy Judge

EXHIBIT B

# NATHAN SOMMERS JACOBS,
## A PROFESSIONAL CORPORATION

# FIRM BIOGRAPHIES

# FIRM BIOGRAPHIES

## SHAREHOLDERS

**MARVIN D. NATHAN**, born Houston, Texas, January 28, 1942; admitted to bar, 1966, Texas. Education: University of Houston (J.D., *cum laude*, 1966). Phi Delta Phi. Member, Order of the Barons. Editor in Chief, Houston Law Review, 1965-66. Member, Honors Program, U.S. Department of Justice, 1966-68. Member: Houston Bar Association; State Bar of Texas (Member, Sections on Corporation, Banking and Business Law; Real Estate, Probate and Trust Law). **Practice Areas**: *Real Estate: Acquisition, sale, exchange, lease, finance and development of office buildings, apartments, shopping centers, residential condominiums, hotels, industrial facilities and residential and commercial land development; expert witness in real estate related litigation. Business Organizations: Formation, governance, dissolution, and windup of corporations, partnerships, limited liability companies, and other business entities; mergers and acquisitions; negotiation and preparation of business contracts, asset purchase agreements, employment agreements, severance agreements, and non-competition agreements.*

**RONALD J. SOMMERS,** born New York, New York, July 2, 1948; admitted to bar, 1973, Texas; U.S. Court of Appeals, Fifth Circuit and U.S. District Court, Southern and Western Districts of Texas. Education: Indiana University (B.S. 1970); University of Houston (J.D., 1973). Member, Order of the Barons. Adjunct Professor of Law, University of Houston, Continuing Legal Education Programs, 1981, 1985. Panel Trustee, U.S. Bankruptcy Courts, Southern District of Texas, 1979. Lecturer, Redemption and Reaffirmation Under the Bankruptcy Code, Texas State Bar Association, 1984; Executory Contracts, 1985, Exemptions Under Sec. 522, Houston Bar Association. Member: State Bar of Texas. **Practice Areas**: *Bankruptcy: Appointed Trustee in Chapter 7 and 11 bankruptcy proceedings; appointed Receiver in state and federal court litigation matters; engaged as counsel for official unsecured creditor committees in Chapter 11 proceedings. Representation of corporations and individuals seeking out of court composition assistance or Chapter 11 Reorganization.*

**ANN C. JACOBS**, born Dallas, Texas, February 17, 1951; admitted to bar, 1976, Texas; 1976, New York. Education: Rice University (B.A., *magna cum laude*, 1973); University of Texas School of Law (J.D., 1976). Member: Houston Bar Association; State Bar of Texas. **Practice Areas**: *Commercial lending and public finance; representation of financial and other institutions in all types of secured and unsecured commercial lending transactions, including syndicated credit facilities, Eximbank guaranteed or insured transactions and the financing of complex commercial transactions; extensive experience in work-out and restructure of all types*

*of lending transactions; experience in numerous forms of business transactions; extensive experience in the area of tax exempt finance, including healthcare and private activity bond transactions as counsel to the letter of credit bank, counsel to the trustee and counsel to the issuer.*

**GEORGE R. GIBSON**, born Houston, Texas, December 23, 1968; admitted to bar, 1995, Texas; U.S. Court of Appeals for the Fifth Circuit; U.S. District Court, Southern and Eastern Districts of Texas.  Education:  Northwestern University (B.A., 1991); University of Houston (J.D., 1995).  Member: State Bar of Texas, American Bar Association, Houston Bar Association, Houston Young Lawyers Association, American Inns of Court.  **Practice Areas**: *Business Litigation.*

**ANDREW H. DILLON**, born New York, New York, February 11, 1974; admitted to bar, 2000, New York, 2003, Texas. Education: Duke University (B.A., *summa cum laude*, 1996); University of Pennsylvania (J.D., 1999). **Practice Areas:** *Real Estate: Acquisition, sale, lease (landlord and tenant), and development of office buildings, apartments, shopping centers, and residential and commercial land development; Corporate: Formation, governance, dissolution, and windup of corporations, partnerships, limited liability companies, and other business entities, negotiation and preparation of commercial contracts and asset purchase agreements; Finance: Representation of lenders and borrowers in real estate loan transactions.*

**ANNA PAULA VIRENE**, born Kettering, Ohio, December 30, 1979; admitted to bar, 2005, Texas.  Education: The University of Texas at Austin (B.A., 2001); Texas Tech Law School (J.D., *summa cum laude* 2005). **Practice Areas:** *Commercial Lending; Real Estate Lending.*

**KATHRYN SMYSER**, born Gainesville, Texas, October 5, 1953; admitted to bar, 1980, Texas.  Education: Rice University (B.A.,*with honors in History* 1975); Harvard University (A.M., 1977); University of Texas Law School (J.D., *cum laude* 1980); Texas Law Review, Order of the Coif. Member: American Bar Association (Member of Business Law Section, Committee on Negotiated Mergers and Acquisitions); State Bar of Texas; Texas Bar Foundation.  **Practice Areas:**  *Corporate and finance practice focused on energy and energy services businesses and transactions, mergers and acquisitions, equity and debt financings, and private equity and venture capital investments.*

## ASSOCIATES

**SHANNA B. BAYER,** born in Dallas, Texas, February 6, 1985; admitted to bar, 2015, Texas, 2013, Illinois, 2014, District of Columbia. Education: University of Texas (B.A. 2006); Georgetown University Law Center (J.D. 2013). Member: State Bar of Texas; Houston Bar Association. **Practice Areas:** *Commercial Lending*.

**C. MAXWELL RIZZO**, born Chicago, Illinois, January 9, 1985; admitted to bar, 2010, Illinois, 2011, Texas; Education: The University of Texas at Austin (B.A., 2007); DePaul University College of Law (J.D., *summa cum laude*, 2010). Member: State Bar of Texas; Houston Bar Association. **Practice Areas:** *Real Estate and Commercial Transactions.*

**LAURA NAPOLI-JANITENS**, born Houston, Texas, July 22, 1984; admitted to bar, 2015, Texas; U.S. District Court, Southern District of Texas. Education: Loyola University (B.A., *magna cum laude*, 2005); Florence Design Academy (M.A., 2007); University of Houston Law Center (J.D., 2015). Member: State Bar of Texas; Houston Bar Association. **Practice Areas:** *Business Litigation.*

**IAIN KENNEDY**, born New Orleans, Louisiana, June 21, 1984; admitted to bar, 2008, Louisiana; 2009, Texas; 2011, New York; 2012, Florida. Education: Cornell University (B.S., 2005); The University of Texas School of Law (J.D., *with honors*, 2008). Member: U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court, Southern and Eastern Districts of Texas; U.S. District Court, Northern, Middle, and Southern Districts of Florida; State Bar of Texas, Louisiana, New York, and Florida; Houston Bar Association. **Practice Areas:** *Business Litigation.*

**MATTHEW F. DAVIS**, born Cypress, Texas; August 19, 1987; admitted to bar, 2014, Texas; U.S. District Court, Southern District of Texas. Education: University of Houston (B.A., *magna cum laude*, 2011); South Texas College of Law (J.D., *summa cum laude*, 2014). Member: State Bar of Texas; Houston Bar Association. **Practice Areas:** *Business Litigation.*

**HEATHER R. POTTS**, born Cottonwood, Arizona, April 15, 1976; admitted to bar, 2005, Texas; Education: Baylor University (B.S., *magna cum laude*, 1998); Baylor University School of Law (J.D., 2005). Member: State Bar of Texas; Houston Bar Association. **Practice Areas:** *Bankruptcy.*

## OF COUNSEL

**MICHAEL JAY KUPER**, born Houston, Texas, November 30, 1941; admitted to bar, 1967, Texas; U.S. Tax Court; U.S. District Courts, Southern, Western and Northern Districts of Texas; U.S. Court of Appeals for the Fifth Circuit; U.S. Supreme Court. Education: University of Houston (B.A., 1963); University of Texas Law School (J.D., 1966). Quizmaster and Associate Editor of the University of Texas Law Review, 1965-66. Member: State Bar of Texas. **Practice Areas**: *Real Estate and Labor Law.*



**EXHIBIT B**

(previous firm biography which includes Jarrod Martin who is no longer employed at NSJ)

# NATHAN SOMMERS JACOBS,
## A PROFESSIONAL CORPORATION

## FIRM BIOGRAPHIES

# FIRM BIOGRAPHIES

## SHAREHOLDERS

**MARVIN D. NATHAN**, born Houston, Texas, January 28, 1942; admitted to bar, 1966, Texas. Education: University of Houston (J.D., *cum laude*, 1966). Phi Delta Phi. Member, Order of the Barons. Editor in Chief, Houston Law Review, 1965-66. Member, Honors Program, U.S. Department of Justice, 1966-68. Member: Houston Bar Association; State Bar of Texas (Member, Sections on Corporation, Banking and Business Law; Real Estate, Probate and Trust Law). **Practice Areas**: *Real Estate: Acquisition, sale, exchange, lease, finance and development of office buildings, apartments, shopping centers, residential condominiums, hotels, industrial facilities and residential and commercial land development; expert witness in real estate related litigation. Business Organizations: Formation, governance, dissolution, and windup of corporations, partnerships, limited liability companies, and other business entities; mergers and acquisitions; negotiation and preparation of business contracts, asset purchase agreements, employment agreements, severance agreements, and non-competition agreements.*

**RONALD J. SOMMERS,** born New York, New York, July 2, 1948; admitted to bar, 1973, Texas; U.S. Court of Appeals, Fifth Circuit and U.S. District Court, Southern and Western Districts of Texas. Education: Indiana University (B.S. 1970); University of Houston (J.D., 1973). Member, Order of the Barons. Adjunct Professor of Law, University of Houston, Continuing Legal Education Programs, 1981, 1985. Panel Trustee, U.S. Bankruptcy Courts, Southern District of Texas, 1979. Lecturer, Redemption and Reaffirmation Under the Bankruptcy Code, Texas State Bar Association, 1984; Executory Contracts, 1985, Exemptions Under Sec. 522, Houston Bar Association. Member: State Bar of Texas. **Practice Areas**: *Bankruptcy: Appointed Trustee in Chapter 7 and 11 bankruptcy proceedings; appointed Receiver in state and federal court litigation matters; engaged as counsel for official unsecured creditor committees in Chapter 11 proceedings. Representation of corporations and individuals seeking out of court composition assistance or Chapter 11 Reorganization.*

**ANN C. JACOBS**, born Dallas, Texas, February 17, 1951; admitted to bar, 1976, Texas; 1976, New York. Education: Rice University (B.A., *magna cum laude*, 1973); University of Texas School of Law (J.D., 1976). Member: Houston Bar Association; State Bar of Texas. **Practice Areas**: *Commercial lending and public finance; representation of financial and other institutions in all types of secured and unsecured commercial lending transactions, including syndicated credit facilities, Eximbank guaranteed or insured transactions and the financing of complex commercial transactions; extensive experience in work-out and restructure of all types*

*of lending transactions; experience in numerous forms of business transactions; extensive experience in the area of tax exempt finance, including healthcare and private activity bond transactions as counsel to the letter of credit bank, counsel to the trustee and counsel to the issuer.*

**GEORGE R. GIBSON**, born Houston, Texas, December 23, 1968; admitted to bar, 1995, Texas; U.S. Court of Appeals for the Fifth Circuit; U.S. District Court, Southern and Eastern Districts of Texas.  Education:  Northwestern University (B.A., 1991); University of Houston (J.D., 1995).  Member: State Bar of Texas, American Bar Association, Houston Bar Association, Houston Young Lawyers Association, American Inns of Court.  **Practice Areas**: *Business Litigation.*

**ANDREW H. DILLON**, born New York, New York, February 11, 1974; admitted to bar, 2000, New York, 2003, Texas. Education: Duke University (B.A., *summa cum laude*, 1996); University of Pennsylvania (J.D., 1999). **Practice Areas:** *Real Estate: Acquisition, sale, lease (landlord and tenant), and development of office buildings, apartments, shopping centers, and residential and commercial land development; Corporate: Formation, governance, dissolution, and windup of corporations, partnerships, limited liability companies, and other business entities, negotiation and preparation of commercial contracts and asset purchase agreements; Finance: Representation of lenders and borrowers in real estate loan transactions.*

**A. KENT ALTSULER**, born Houston, Texas, July 26, 1970, admitted to bar, 1997, Texas. Education: Duke University (B.A., *magna cum laude*, 1993); University of Texas (J.D., 1997). Member: State Bar of Texas, Houston Bar Association, Houston Young Lawyers Association, Greater Houston Society for Healthcare Risk Management.  **Practice Areas**: *Business Litigation.*

**ANNA PAULA VIRENE**, born Kettering, Ohio, December 30, 1979; admitted to bar, 2005, Texas.  Education: The University of Texas at Austin (B.A., 2001); Texas Tech Law School (J.D., *summa cum laude* 2005). **Practice Areas:** *Commercial Lending; Real Estate Lending.*

**KATHRYN SMYSER**, born Gainesville, Texas, October 5, 1953; admitted to bar, 1980, Texas.  Education: Rice University (B.A.,*with honors in History* 1975); Harvard University (A.M., 1977); University of Texas Law School (J.D., *cum laude* 1980); Texas Law Review, Order of the Coif. Member: American Bar Association (Member of Business Law Section, Committee on Negotiated Mergers and Acquisitions); State Bar of Texas; Texas Bar Foundation.  **Practice Areas:**  *Corporate and finance practice focused on energy and energy*

*services businesses and transactions, mergers and acquisitions, equity and debt financings, and private equity and venture capital investments.*

## ASSOCIATES

**FRITZ F. EGGEN**, born Lafayette, Louisiana, July 20, 1984; admitted to bar, 2011, Texas; Education:  Northwestern University (B.A., 2007); University of Miami School of Law (J.D., 2010); University of Miami School of Law (L.L.M. Taxation, 2010). **Practice Areas:** *Business Organizations and Taxation.*

**SHANNA B. BAYER,** born in Dallas, Texas, February 6, 1985; admitted to bar, 2015, Texas, 2013, Illinois, 2014, District of Columbia; Education: University of Texas (B.A. 2006); Georgetown University Law Center (J.D. 2013).  **Practice Areas:** *Commercial Lending*.

**A. ELIZABETH LARSON,** born in Houston, Texas, July 17, 1986; admitted to bar, 2012, Texas; Education: Harding University (B.A., *magna cum laude,* 2009); University of Pennsylvania Law School (J.D., 2012).  **Practice Areas**: *Commercial Litigation*.

**JARROD MARTIN**, born Fontana, California, October 7, 1982; admitted to bar, 2009, Texas; U.S. District and Bankruptcy Courts for the Southern District of Texas. Education: University of California, Los Angeles (B.A., Major: History, 2005); University of Miami School of Law (J.D., *magna cum laude*, 2009).  Articles and Comments Editor, University of Miami Law Review, 2008-09.  Member: State Bar of Texas; Houston Bar Association. **Practice Areas:** *Bankruptcy; Commercial Litigation; Landlord/Tenant*.

**C. MAXWELL RIZZO**, born Chicago, Illinois, January 9, 1985; admitted to bar, 2010, Illinois, 2011, Texas; Education: The University of Texas at Austin (B.A., 2007); DePaul University College of Law (J.D., *summa cum laude*, 2010). **Practice Areas:** *Real Estate and Commercial Transactions.*

-4-

**JOSEPH LEE,** born in Seoul, South Korea, November 13, 1981; admitted to bar, 2013, Texas; Education: University of Texas (B.B.A., 2004); University of Texas (M.P.A., 2005); University of Houston Law School (J.D., 2013). **Practice Areas**: *Commercial Lending*.

## OF COUNSEL

**MICHAEL JAY KUPER**, born Houston, Texas, November 30, 1941; admitted to bar, 1967, Texas; U.S. Tax Court; U.S. District Courts, Southern, Western and Northern Districts of Texas; U.S. Court of Appeals for the Fifth Circuit; U.S. Supreme Court. Education: University of Houston (B.A., 1963); University of Texas Law School (J.D., 1966). Quizmaster and Associate Editor of the University of Texas Law Review, 1965-66. Member: State Bar of Texas. **Practice Areas**: *Real Estate and Labor Law*.

NATHAN SOMMERS JACOBS
A PROFESSIONAL CORPORATION
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TEXAS 77056-6102
TELEPHONE NO. 713-960-0303
FACSIMILE NO. 713-892-4800



EXHIBIT C

```
                                                            PAGE: 1
RONALD J. SOMMERS, TRUSTEE                                  SEPTEMBER 27, 2018
2800 POST OAK BLVD.                                         CLIENT.MATTER NO.   3-21525
61ST FLOOR                                                  INVOICE NO.:        125716
HOUSTON, TX  77056
USA

ATTN: RONALD J. SOMMERS

BLUEWATER INDUSTRIES, L.P.
```

*Payments received after 09/27/2018 are not included on this statement.*

**FOR PROFESSIONAL SERVICES THROUGH 09/27/2018**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/2017 | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM E & Y REGARDING MODIFICATION OF CVA. | 0.10 | 55.00 |
| 01/12/2017 | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM E & Y REGARDING MODIFICATION PROPOSAL FROM APR LIMITED. | 0.20 | 110.00 |
| 02/03/2017 | JBM | CASE ADMINISTRATION - ATTENTION TO OUTSTANDING CASE ISSUES AND TIMELINES. | 0.10 | 33.00 |
| 05/31/2017 | JBM | CASE ADMINISTRATION - REVIEW STATUS OF LITIGATION. | 0.20 | 66.00 |
| 06/05/2017 | JBM | CASE ADMINISTRATION - CONFERENCE WITH TRUSTEE REGARDING ATP PLAN; PHONE CALL WITH TRUSTEE FOR BENNU REGARDING SAME. | 0.30 | 99.00 |
| | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM E & Y REGARDING RESOLUTION TO MATERIALLY MODIFY CVA AND ANALYZE. | 0.10 | 55.00 |
| | RJS | CASE ADMINISTRATION - REVIEW AND ANALYZE CVA AS MODIFIED. | 0.30 | 165.00 |
| 06/08/2017 | JBM | CASE ADMINISTRATION - CONFERENCE CALL WITH TRUSTEE REGARDING ALPHA PLAN; LEGAL RESEARCH REGARDING COURT AUTHORITY REQUIRED BY TRUSTEE TO MODIFY PLAN. | 1.30 | 429.00 |
| 06/13/2017 | JBM | CASE ADMINISTRATION - CONFERENCE WITH TRUSTEE REGARDING ALPHA PETROLEUM MODIFICATIONS TO INSOLVENCY PLAN. | 0.80 | 264.00 |
| 06/16/2017 | JBM | CASE ADMINISTRATION - RESEARCH REGARDING AMENDMENT TO INSOLVENCY AGREEMENT. | 0.30 | 99.00 |
| 07/18/2017 | JBM | CASE ADMINISTRATION - REVIEW MEMORANDUM OPINION ON MOTION TO REOPEN. | 0.50 | 165.00 |
| 10/11/2017 | JBM | CASE ADMINISTRATION - CONFERENCE WITH TRUSTEE REGARDING LITIGATION. | 1.50 | 495.00 |
| | JBM | CASE ADMINISTRATION - OUTLINE MEMO TO FILE REGARDING LITIGATION. | 0.50 | 165.00 |
| | JBM | CASE ADMINISTRATION - CONFERENCE CALL WITH E. GUFFY REGARDING BLUEWATER MEDIATION. | 1.50 | 495.00 |
| 12/19/2017 | JBM | CASE ADMINISTRATION - CONFERENCE REGARDING ISSUES RELATING TO 401K PLAN TERMINATION. | 1.00 | 330.00 |
| 12/20/2017 | JBM | CASE ADMINISTRATION - PREPARE EMAIL TO J. HILTON REGARDING 401K. | 0.10 | 33.00 |
| 12/21/2017 | JBM | CASE ADMINISTRATION - ATTENTION TO STATUS OF 401K PLAN. | 0.50 | 165.00 |
| 04/13/2018 | RJS | CASE ADMINISTRATION - PREPARE AND DRAFT MOTION TO REOPEN CASE IF DISTRIBUTION MADE BY ALPHA PETROLEUM REASSURES. | 1.80 | 1,035.00 |
| | RJS | CASE ADMINISTRATION - REVIEW ANNUAL REPORT. | 0.20 | 115.00 |
| 04/17/2018 | RJS | CASE ADMINISTRATION - TELEPHONE CONFERENCE WITH J. NORTHRUP REGARDING CLAIM ASSIGNMENT. | 0.10 | 57.50 |

RONALD J. SOMMERS, TRUSTEE

BLUEWATER INDUSTRIES, L.P.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | | HOURS | |
| 04/18/2018 | RJS | CASE ADMINISTRATION - TELEPHONE CONFERENCE WITH T. MILLION REGARDING SALE AND ASSIGNMENT OF CLAIM IN ATP (UK) CASE. | 0.30 | 172.50 |
| 04/26/2018 | RJS | CASE ADMINISTRATION - REVIEW, EDIT, AND REVIEW MOTION AND ORDER TO REOPEN CASE. | 0.60 | 345.00 |
| | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM O. A.SHAW REGARDING THE CVA FOR ATP OIL AND GAS (UK). | 0.20 | 115.00 |
| | RJS | CASE ADMINISTRATION - REVIEW ANNUAL REPORT REGARDING THE BLYTHE, SKIPPER, AND CHEVIOT LICENSES. | 0.30 | 172.50 |
| | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM E & Y REGARDING TRANSFER OF ASSETS TO IOG. | 0.10 | 57.50 |
| 04/27/2018 | RJS | CASE ADMINISTRATION - REVISE MOTION AND ORDER TO REOPEN CASE. | 0.60 | 345.00 |
| | RJS | CASE ADMINISTRATION - SEND SEVERAL EMAILS TO OA SHAW REGARDING DISTRIBUTIONS FROM ATP OIL AND GAS (UK). | 0.20 | 115.00 |
| | RJS | CASE ADMINISTRATION - REVIEW SEVERAL EMAILS FRO O. A. SHAW REGARDING TIME PERIOD BEFORE CVA ENDS. | 0.20 | 115.00 |
| 06/11/2018 | RJS | CASE ADMINISTRATION - REVIEW MOTION AND ORDER AND PREPARE FOR HEARING. | 0.30 | 172.50 |
| 06/12/2018 | RJS | CASE ADMINISTRATION - PREPARE AND ATTEND COURT FOR APPROVAL OF MOTION TO REOPEN. | 0.90 | 517.50 |
| 06/13/2018 | RJS | CASE ADMINISTRATION - SEND EMAIL TO ERNST AND YOUNG REGARDING REOPENING ESTATE IF PLAN ADMINISTRATOR RECEIVES PAYMENT. | 0.30 | 172.50 |
| 06/14/2018 | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM O. ASHFORD EY UK PLAN ADMINISTRATION REGARDING REOPENING ESTATE. | 0.10 | 57.50 |
| | RJS | CASE ADMINISTRATION - SEND EMAIL TO O. ASHFORD EY UK ADMINISTRATION REGARDING NOTICE OF DISTRIBUTION. | 0.10 | 57.50 |
| 07/24/2018 | RJS | CASE ADMINISTRATION - SEND EMAIL TO K. HAYWOOD OF E & Y REGARDING DISTRIBUTIONS FROM CVA. | 0.10 | 57.50 |
| 07/26/2018 | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM E & Y REGARDING CVA MODIFICATIONS. | 0.10 | 57.50 |
| 07/29/2018 | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM E & Y REGARDING SKIPPIN FIELD AND CVA MODIFICATION. | 0.10 | 57.50 |
| 08/16/2018 | RJS | CASE ADMINISTRATION - REVIEW AND ANALYZE PROPOSED MODIFICATION TO CVA. | 0.90 | 517.50 |
| 08/19/2018 | RJS | CASE ADMINISTRATION - TRAVEL TO LONDON. | 8.00 | 2,300.00 |
| 08/20/2018 | RJS | CASE ADMINISTRATION - PREPARE FOR CONFERENCE REGARDING MODIFICATION OF ALPHA PETROLEUM RESOURCES CREDITOR VOLUNTARY AGREEMENT. | 1.50 | 862.50 |
| | RJS | CASE ADMINISTRATION - ATTEND CONFERENCE WITH ALPHA PETROLEUM RESOURCES, E & Y, BHGE, BENNO ESTATE AND LENDER'S COUNSEL AND REPRESENTATIVES TO DISCUSS MODIFICATION TO THE CREDITOR AGREEMENT. | 3.00 | 1,725.00 |
| 08/24/2018 | RJS | CASE ADMINISTRATION - TRAVEL FROM LONDON TO HOUSTON. | 10.00 | 2,875.00 |
| 08/25/2018 | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM O. ASHFORTH, SHOW OF E & Y REGARDING COSCO MODIFICATION TO PROPOSAL BY APR LIMITED. | 0.30 | 172.50 |
| | RJS | CASE ADMINISTRATION - REVIEW EMAIL FROM J. ANDERSON OF BHGE REGARDING COSCO AND MODIFICATION. | 0.10 | 57.50 |
| | RJS | CASE ADMINISTRATION - REVIEW COSCO FEEDBACK TO CVA MODIFICATION. | 0.10 | 57.50 |
| 08/28/2018 | RJS | CASE ADMINISTRATION - REVIEW AND ANALYZE MEMORANDUM REGARDING CVA OF APR AS PROPOSED TO BE MODIFIED WITH WATERFALL AND RELATED DOCUMENTS. | 0.80 | 460.00 |
| 08/29/2018 | RJS | CASE ADMINISTRATION - TELEPHONE CALL WITH T. MILLION REGARDING MODIFICATION OF CVA. | 0.20 | 115.00 |
| | | CASE ADMINISTRATION - | 40.80 | 16,160.50 |
| 09/16/2016 | JBM | CLAIMS ADMINISTRATION AND OBJECTIONS - ATTENTION TO EMAIL FROM FORMER COUNSEL FOR EXTERRAN REGARDING PROOF OF CLAIM. | 0.10 | 31.50 |

Case 15-35530   Document 75-1   Filed in TXSB on 09/27/18   Page 16 of 17

PAGE: 3
RONALD J. SOMMERS, TRUSTEE
SEPTEMBER 27, 2018
CLIENT.MATTER NO.  3-21525
INVOICE NO.:  125716

BLUEWATER INDUSTRIES, L.P.

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/27/2018 | JBM | CLAIMS ADMINISTRATION AND OBJECTIONS - OUTLINE CLAIMS OBJECTIONS. | 0.50 | 175.00 |
| | JBM | CLAIMS ADMINISTRATION AND OBJECTIONS - DRAFT CLAIM OBJECTION TO SULZER PUMP. | 0.70 | 245.00 |
| 04/30/2018 | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS REVIEW SELZER CLAIM OBJECTION AND OTHER CLAIMS. | 0.60 | 345.00 |
| | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS SEND E-MAIL TO E. RIPLEY, COUNSEL FOR EXTERAN REGARDING RECONCILIATION OF CLAIM. | 0.10 | 57.50 |
| 05/03/2018 | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS - TELEPHONE CALL WITH E. RIPLEY REGARDING CLAIM RECONCILIATION. | 0.10 | 57.50 |
| 05/07/2018 | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS - SEND SEVERAL EMAILS TO E. RIPLEY REGARDING PROOF OF CLAIM RECONCILIATION. | 0.20 | 115.00 |
| 05/11/2018 | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS - SEND EMAIL TO E. RIPLEY REGARDING CLAIM. | 0.10 | 57.50 |
| | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS - REVIEW EMAIL FROM E. RIPLEY REGARDING CLAIM. | 0.10 | 57.50 |
| 05/22/2018 | RJS | CLAIMS ADMINISTRATION AND OBJECTIONS - REVIEW EMAIL FROM E. RIPLEY REGARDING EXTENAR CLAIM. | 0.10 | 57.50 |
| | | CLAIMS ADMINISTRATION AND OBJECTIONS | 2.60 | 1,199.00 |
| 09/24/2016 | JBM | FEE/EMPLOYMENT APPLICATIONS - WORK ON FIRST INTERIM FEE APPLICATION. | 0.20 | 63.00 |
| 10/10/2016 | JBM | FEE/EMPLOYMENT APPLICATIONS - WORK ON FIRST INTERIM FEE APPLICATION. | 0.60 | 189.00 |
| 10/25/2017 | JBM | FEE/EMPLOYMENT APPLICATIONS - REVISE MEMO TO FILE REGARDING RETENTION OF SPECIAL COUNSEL. | 0.50 | 165.00 |
| | JBM | FEE/EMPLOYMENT APPLICATIONS - REVISE MEMO TO FILE REGARDING RETENTION. | 1.00 | 330.00 |
| 01/04/2018 | LAC | FEE/EMPLOYMENT APPLICATIONS - REVIEW DOCKET (.1); DRAFT FEE INCREASE MOTION (.4); DRAFT EXHIBIT A (.1); DRAFT PROPOSED ORDER (.2). | 0.80 | 108.00 |
| | JBM | FEE/EMPLOYMENT APPLICATIONS - REVISE RATE INCREASE MOTION. | 0.10 | 33.00 |
| 04/27/2018 | RJS | FEE/EMPLOYMENT APPLICATIONS - BEGIN PREPARATION OF FINAL FEE APPLICATION. | 0.80 | 460.00 |
| 04/30/2018 | RJS | FEE/EMPLOYMENT APPLICATIONS - BEGIN DRAFTING FINAL FEE APPLICATION. | 0.90 | 517.50 |
| 08/21/2018 | JP | FEE/EMPLOYMENT APPLICATIONS - REVIEW WIP; PREPARE DRAFT OF FEE APPLICATION, COVERSHEET, NOTICE AND PROPOSED ORDER; | 3.50 | 472.50 |
| 08/23/2018 | JP | FEE/EMPLOYMENT APPLICATIONS - FINALIZE FEE APPLICATION, COVERSHEET, NOTICE AND PROPOSED ORDER. | 1.50 | 202.50 |
| 08/27/2018 | RJS | FEE/EMPLOYMENT APPLICATIONS - REVISE AND PREPARE FEE APPLICATION. | 0.90 | 517.50 |
| | | FEE/EMPLOYMENT APPLICATIONS - | 10.80 | 3,058.00 |
| | | FOR CURRENT SERVICES RENDERED | 54.20 | 20,417.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RONALD J. SOMMERS | 18.00 | $287.50 | $5,175.00 |
| RONALD J. SOMMERS | 0.70 | 550.00 | 385.00 |
| RONALD J. SOMMERS | 17.40 | 575.00 | 10,005.00 |
| JEANNA POE | 5.00 | 135.00 | 675.00 |
| JARROD B. MARTIN | 0.90 | 315.00 | 283.50 |
| JARROD B. MARTIN | 10.20 | 330.00 | 3,366.00 |
| JARROD B. MARTIN | 1.20 | 350.00 | 420.00 |
| LARA ANNE COLEMAN | 0.80 | 135.00 | 108.00 |

RONALD J. SOMMERS, TRUSTEE

BLUEWATER INDUSTRIES, L.P.

## EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 12/18/2017 | POSTAGE | 34.96 |
| 01/04/2018 | POSTAGE | 34.96 |
| 04/30/2018 | POSTAGE | 31.49 |
| | POSTAGE | 101.41 |
| 09/03/2018 | INTERNATIONAL PHONE | 95.82 |
| | | 95.82 |
| 09/08/2017 | CERTIFIED MAIL | 49.60 |
| | CERTIFIED MAIL | 49.60 |
| 12/13/2017 | FEDEX - KATHY BROWNING, ERPA 9210 | 12.87 |
| | FEDEX | 12.87 |
| 12/18/2017 | COPIES | 15.20 |
| 01/04/2018 | COPIES | 15.20 |
| 04/30/2018 | COPIES | 13.40 |
| | COPIES | 43.80 |
| | TOTAL EXPENSES THRU 09/27/2018 | 303.50 |
| | TOTAL CURRENT WORK | 20,721.00 |
| | BALANCE DUE | $20,721.00 |
| | PLEASE REMIT | $20,721.00 |

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas Attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information call 1-800-932-1900.

**PLEASE INDICATE OUR INVOICE NO. ON YOUR CHECK**

FEDERAL TAX ID NUMBER:  76-0325650