UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 15-35530 |
|---|---|---|
| | § | |
| BLUEWATER INDUSTRIES LP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $28.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $1,817,698.42 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,105,423.14 | | |

3) Total gross receipts of $2,923,121.56 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,923,121.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,477.50 | $3,169.20 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,105,423.14 | $1,105,423.14 | $1,105,423.14 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $133,474,463.07 | $30,555,086.76 | $30,555,086.76 | $1,817,698.42 |
| **Total Disbursements** | **$133,477,940.57** | **$31,663,679.10** | **$31,660,509.90** | **$2,923,121.56** |

4). This case was originally filed under chapter 7 on 10/20/2015. The case was pending for 54 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2020           By:  /s/ Ronald J. Sommers
                                 Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Amegy Bank Acct. #0291 | 1129-000 | $82,241.41 |
| Amegy Bank Acct.# 2273 | 1129-000 | $16,437.98 |
| Locke Lord Retainer | 1129-000 | $21,695.90 |
| Miscellaneous Refunds | 1229-000 | $2,409.43 |
| Adv. #17-03424: RJS, Trustee vs. Parker-Hannafin Corporation | 1249-000 | $2,800,000.00 |
| Class Action Lawsuit - Shaun Fauley, et. al vs. Metropolitan Life Insurance Co., et al. | 1249-000 | $336.84 |
| **TOTAL GROSS RECEIPTS** | | **$2,923,121.56** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County | 4110-000 | $3,477.50 | $3,169.20 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,477.50** | **$3,169.20** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $110,943.65 | $110,943.65 | $110,943.65 |
| International Sureties, Ltd. | 2300-000 | NA | $575.38 | $575.38 | $575.38 |
| Green Bank | 2600-000 | NA | $23,817.63 | $23,817.63 | $23,817.63 |
| Nova 401(k) Associates | 2990-000 | NA | $1,770.00 | $1,770.00 | $1,770.00 |
| Attorney for Trustee | 3110-000 | NA | $27,705.00 | $27,705.00 | $27,705.00 |
| Attorney for Trustee | 3120-000 | NA | $382.05 | $382.05 | $382.05 |
| Attorney for Trustee | 3210-000 | NA | $918,108.81 | $918,108.81 | $918,108.81 |
| Attorney for Trustee | 3220-000 | NA | $17,852.10 | $17,852.10 | $17,852.10 |
| Accountant for Trustee | 3410-000 | NA | $4,102.50 | $4,102.50 | $4,102.50 |
| Accountant for Trustee | 3420-000 | NA | $166.02 | $166.02 | $166.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$1,105,423.14** | **$1,105,423.14** | **$1,105,423.14** |

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Sulzer Pumps (UK) Ltd | 7100-000 | $337,588.78 | $1,108,391.54 | $1,108,391.54 | $71,757.16 |
| 3 | Bennu Oil & Gas, LLC | 7100-000 | $13,186,254.39 | $13,196,030.28 | $13,196,030.28 | $854,309.68 |
| 4 | Exterran Energy Solutions, L.P. | 7100-000 | $1,171,193.25 | $10,427,443.00 | $10,427,443.00 | $675,071.62 |
| 5 | Pentagon Freight Services, Inc | 7100-000 | $689,831.00 | $897,178.89 | $897,178.89 | $58,083.27 |
| 6 | Pioneer Funding Group, LLC | 7100-000 | $845,713.45 | $845,956.45 | $845,956.45 | $54,767.14 |
| 7 | Pioneer Funding Group, LLC | 7100-000 | $449,392.41 | $443,124.41 | $443,124.41 | $28,687.83 |
| 8 | Pegasus International (UK) Ltd | 7100-000 | $1,183,406.27 | $1,158,817.32 | $1,158,817.32 | $75,021.72 |
| 9 | Moss Maritime AS | 7200-000 | $124,602.47 | $124,602.00 | $124,602.00 | $0.00 |
| 10 | Cortec, LLC | 7200-000 | $1,316,477.30 | $2,229,973.87 | $2,229,973.87 | $0.00 |
| 11 | AGI Packaged Pump Systems, Inc | 7200-000 | $123,569.00 | $123,569.00 | $123,569.00 | $0.00 |
| | Able Instruments & Controls | 7100-000 | $65,541.50 | $0.00 | $0.00 | $0.00 |
| | Able Machinery Movers | 7100-000 | $11,594.00 | $0.00 | $0.00 | $0.00 |
| | AIMS INTERNATIONAL | 7100-000 | $132,624.59 | $0.00 | $0.00 | $0.00 |
| | American Bureau of Shipping | 7100-000 | $29,376.00 | $0.00 | $0.00 | $0.00 |
| | Bennett & Associates LLC | 7100-000 | $27,735.00 | $0.00 | $0.00 | $0.00 |
| | Bergen Group Hanoytangen | 7100-000 | $128,436.49 | $0.00 | $0.00 | $0.00 |
| | Bluewater Industries Holdings, Inc. | 7100-000 | $1,589,642.51 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bronswerk Heat Transfer | 7100-000 | $61,727.50 | $0.00 | $0.00 | $0.00 |
| Brunel Energy, Inc | 7100-000 | $371,799.44 | $0.00 | $0.00 | $0.00 |
| C-Port/Stone, LLC | 7100-000 | $26,369.20 | $0.00 | $0.00 | $0.00 |
| Caproco Limited | 7100-000 | $21,200.00 | $0.00 | $0.00 | $0.00 |
| Church-Dailing Co., Inc. | 7100-000 | $8,401.12 | $0.00 | $0.00 | $0.00 |
| Control Components, Inc | 7100-000 | $56,900.00 | $0.00 | $0.00 | $0.00 |
| Curtis Kelly, Inc | 7100-000 | $1,349,579.79 | $0.00 | $0.00 | $0.00 |
| Daniel Measurement & Control, Inc | 7100-000 | $20,924.00 | $0.00 | $0.00 | $0.00 |
| Dockwise Shipping B. V. | 7100-000 | $28,368,470.00 | $0.00 | $0.00 | $0.00 |
| Dolphin Services, LLC | 7100-000 | $15,785.73 | $0.00 | $0.00 | $0.00 |
| DUCO, INC | 7100-000 | $2,299,738.65 | $0.00 | $0.00 | $0.00 |
| Dynamic Industries, Inc | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
| Emerson Process Management Ltd | 7100-000 | $254,693.45 | $0.00 | $0.00 | $0.00 |
| Fisher Controls International LLC | 7100-000 | $349,968.66 | $0.00 | $0.00 | $0.00 |
| Fugro Survey Ltd | 7100-000 | $1,812,643.82 | $0.00 | $0.00 | $0.00 |
| GBA-Corona, Inc. | 7100-000 | $16,834.79 | $0.00 | $0.00 | $0.00 |
| Gulf Island LLC | 7100-000 | $30,922,549.33 | $0.00 | $0.00 | $0.00 |
| Howden Compressors, Inc. | 7100-000 | $305,618.35 | $0.00 | $0.00 | $0.00 |
| Industrial Alliance Services LLC | 7100-000 | $15,070.00 | $0.00 | $0.00 | $0.00 |
| Interinvest Co. Ltd | 7100-000 | $857,591.50 | $0.00 | $0.00 | $0.00 |
| ITT Goulds Pumps | 7100-000 | $469,057.00 | $0.00 | $0.00 | $0.00 |
| KBR USA LLC | 7100-000 | $1,152,618.26 | $0.00 | $0.00 | $0.00 |
| Kongsberg Maritime AS | 7100-000 | $54,135.60 | $0.00 | $0.00 | $0.00 |
| Living Quarter Technology | 7100-000 | $1,248,345.33 | $0.00 | $0.00 | $0.00 |
| LTS, LLC | 7100-000 | $21,017.45 | $0.00 | $0.00 | $0.00 |
| Marin Holdings, LLC | 7100-000 | $1,255.00 | $0.00 | $0.00 | $0.00 |
| Martin Energy | 7100-000 | $175,026.93 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| | Services LLC | | | | |
| | McAfee, Inc | 7100-000 | $184.57 | $0.00 | $0.00 | $0.00 |
| | McJunkin Red Man Corp | 7100-000 | $2,322.75 | $0.00 | $0.00 | $0.00 |
| | Mustang Engineering LP | 7100-000 | $15,639,753.59 | $0.00 | $0.00 | $0.00 |
| | NAI Partners - Houston | 7100-000 | $47,739.12 | $0.00 | $0.00 | $0.00 |
| | National Oilwell Varco | 7100-000 | $1,292,684.90 | $0.00 | $0.00 | $0.00 |
| | Oceaneering Inspection Services | 7100-000 | $859,503.31 | $0.00 | $0.00 | $0.00 |
| | Oil States Industries | 7100-000 | $89,457.67 | $0.00 | $0.00 | $0.00 |
| | Peak Process Controls | 7100-000 | $34,467.00 | $0.00 | $0.00 | $0.00 |
| | Pegasus International, Inc | 7100-000 | $331,558.55 | $0.00 | $0.00 | $0.00 |
| | Performance Energy Services LLC | 7100-000 | $2,280,666.42 | $0.00 | $0.00 | $0.00 |
| | Petrofac Facilites Management Ltd. | 7100-000 | $1,042,758.26 | $0.00 | $0.00 | $0.00 |
| | Petrofac Training Ltd | 7100-000 | $4,080.00 | $0.00 | $0.00 | $0.00 |
| | Roxar Flow Measurement, Inc. | 7100-000 | $1,057,195.82 | $0.00 | $0.00 | $0.00 |
| | RW Smith | 7100-000 | $605.00 | $0.00 | $0.00 | $0.00 |
| | Safety Management Systems | 7100-000 | $84,555.75 | $0.00 | $0.00 | $0.00 |
| | Seatrax (UK) Limited | 7100-000 | $164,823.20 | $0.00 | $0.00 | $0.00 |
| | Severn Unival | 7100-000 | $311,866.80 | $0.00 | $0.00 | $0.00 |
| | Shanghai Morimatsu chemical | 7100-000 | $351,000.00 | $0.00 | $0.00 | $0.00 |
| | Siemens Energy, Inc. | 7100-000 | $10,533,274.83 | $0.00 | $0.00 | $0.00 |
| | Spitzer Industries, Inc. | 7100-000 | $21,952.00 | $0.00 | $0.00 | $0.00 |
| | Sunbelt Supply Company | 7100-000 | $1,495,647.00 | $0.00 | $0.00 | $0.00 |
| | Team Management and Consulting | 7100-000 | $109,600.24 | $0.00 | $0.00 | $0.00 |
| | Technip USA Inc | 7100-000 | $75,497.59 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | The Reynolds Company | 7100-000 | $1,191.37 | $0.00 | $0.00 | $0.00 |
| | Timbalier Sales & Rental, Inc | 7100-000 | $65,000.00 | $0.00 | $0.00 | $0.00 |
| | Tulsa Heaters Inc | 7100-000 | $590,910.00 | $0.00 | $0.00 | $0.00 |
| | W-Industries, Inc | 7100-000 | $22,930.62 | $0.00 | $0.00 | $0.00 |
| | Weatherford US LP | 7100-000 | $116,876.37 | $0.00 | $0.00 | $0.00 |
| | Wellstream International Limited | 7100-000 | $4,751,355.00 | $0.00 | $0.00 | $0.00 |
| | WS Atkins Inc. | 7100-000 | $406,706.03 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $133,474,463.07 | $30,555,086.76 | $30,555,086.76 | $1,817,698.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-35530-H5-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | BLUEWATER INDUSTRIES, LP | Date Filed (f) or Converted (c): | 10/20/2015 (f) |
| For the Period Ending: | 4/28/2020 | §341(a) Meeting Date: | 01/20/2016 |
|  |  | Claims Bar Date: | 02/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Amegy Bank Acct. #0291 | $82,299.50 | $82,241.41 | | $82,241.41 | FA |
| 2 | Amegy Bank Acct.# 2273 | $16,437.84 | $16,437.98 | | $16,437.98 | FA |
| 3 | A/R - ATP Oil & Gas Corp. 4600 Post Oak Place, Houston, TX Company is in Chap. 7 nominal debt of $19,529,262.90 valued at zero | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This is a claim for a share in future proceeds in a British receivership. #71 06/13/18-Trustee has authority to re-open the bankruptcy to administer this asset if Alpha Petroleum Resources Limited makes a payment. | | | | | |
| 4 | A/R - Komtech Singapore, 31 Shipyard Road, Singapore (underpayment of invoice) | $28.00 | $0.00 | | $0.00 | FA |
| 5 | Alpha Petroleum Resources Limited, successor in reorganization to ATP Oil & Gas (UK) Ltd. Interest is in a share of future proceeds from the reorganization, dependent on achieving production milestones. Believed to have no value, as development and production are not economic at this time. Contract is J. M. O'Connor, Joint Supervisor, Ernst & Young LLP, 1 More London Place, London SE1 2AF, UK | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset is associated with Asset #3. #71 06/13/18-Trustee has authority to re-open the bankruptcy to administer this asset if Alpha Petroleum Resources Limited makes a payment.. | | | | | |
| 6 | Potential warranty claim against Parker Hannifin Corp for failure of the pipeline umbilical installed for ATP Oil & Gas Corp's Clipper Project. Adv. #14-3001; Bennu Oil & Gas, LLC vs. Bluewater Industrial, LP, et al. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | See Asset #11 for recording of recovery of funds relative to this asset. | | | | | |
| 7 | Miscellaneous Refunds (u) | Unknown | $2,409.43 | | $2,409.43 | FA |
| 8 | Locke Lord Retainer (u) | $0.00 | $21,695.90 | | $21,695.90 | FA |
| 9 | VOID (u) | Unknown | Unknown | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit 8

| Case No.: | 15-35530-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | BLUEWATER INDUSTRIES, LP | Date Filed (f) or Converted (c): | 10/20/2015 (f) |
| For the Period Ending: | 4/28/2020 | §341(a) Meeting Date: | 01/20/2016 |
| | | Claims Bar Date: | 02/02/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Class Action Lawsuit - Shaun Fauley, et. al vs. Metropolitan Life Insurance Co., et al. (u) | $0.00 | $336.84 | | $336.84 | FA |
| 11 | Adv. #17-03424: RJS, Trustee vs. Parker-Hannafin Corporation (u) | $0.00 | $2,800,000.00 | | $2,800,000.00 | FA |
| **Asset Notes:** | This is regarding Asset #6. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                              **Gross Value of Remaining Assets**
$98,765.34        $2,923,121.56        $2,923,121.56        $0.00

**Major Activities affecting case closing:**

| 04/28/2020 | TDR SUBMITTED |
| 03/12/2019 | TFR SUBMITTED |
| 09/30/2017 | The Trustee has engaged special counsel to pursue a breach of contract/warranty litigation proceeding (Assets #6 and #11). Special counsel will be filing an adversary proceeding to resolve this matter. The Trustee is also pursuing a claim in the receivership. In this proceeding, the estate is entitled to 12% of any sale of the assets, one of which is the right to explore oil and gas prospects in the North Sea (Asset #5). |
| 09/30/2016 | The Estate is involved in on-going litigation (Asset #9). |

Initial Projected Date Of Final Report (TFR):   12/31/2017        Current Projected Date Of Final Report (TFR):   12/31/2019        /s/ RONALD J. SOMMERS
                                                                                                                                    RONALD J. SOMMERS

Page No: 1    Exhibit 9

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-35530-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | BLUEWATER INDUSTRIES, LP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6855 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/28/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2015 | (8) | Locke Lord LLP | Refunded Retainer | 1129-000 | $21,695.90 | | $21,695.90 |
| 11/24/2015 | (1) | Amegy Bank | Funds on Deposit | 1129-000 | $82,241.41 | | $103,937.31 |
| 11/24/2015 | (2) | Amegy Bank | Funds on Deposit | 1129-000 | $16,437.98 | | $120,375.29 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $51.76 | $120,323.53 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $194.16 | $120,129.37 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $193.85 | $119,935.52 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $181.05 | $119,754.47 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $193.24 | $119,561.23 |
| 04/27/2016 | (7) | American Express Travel Related Services Company | Credit Balance Refund | 1229-000 | $450.00 | | $120,011.23 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $193.02 | $119,818.21 |
| 05/31/2016 | (7) | ATTM Settlement | Misc. Refund | 1229-000 | $32.92 | | $119,851.13 |
| 05/31/2016 | (7) | ATTM Settlement | Misc. Refund | 1229-000 | $59.47 | | $119,910.60 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $187.11 | $119,723.49 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $186.96 | $119,536.53 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $192.89 | $119,343.64 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $192.58 | $119,151.06 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $198.47 | $118,952.59 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $179.56 | $118,773.03 |
| 11/01/2016 | 1000 | International Sureties, Ltd. | Bond #016071777 Chapter 7 Blanket Bond Region 7 | 2300-000 | | $37.34 | $118,735.69 |
| 11/10/2016 | 1001 | Nathan Sommers Jacobs | #33 11/09/16 Attorney Fees and Expenses | * | | $7,366.05 | $111,369.64 |
| | | | $(7,287.50) | 3110-000 | | | $111,369.64 |
| | | | $(78.55) | 3120-000 | | | $111,369.64 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $178.90 | $111,190.74 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $179.42 | $111,011.32 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $179.13 | $110,832.19 |
| | | | | SUBTOTALS | $120,917.68 | $10,085.49 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-35530-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | BLUEWATER INDUSTRIES, LP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6855 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/28/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $161.54 | $110,670.65 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $190.11 | $110,480.54 |
| 04/10/2017 | (10) | Fauley v Metlife Settlement Fund | Class Action Proceeds | 1249-000 | $336.84 | | $110,817.38 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $161.37 | $110,656.01 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $178.56 | $110,477.45 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $184.02 | $110,293.43 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $166.49 | $110,126.94 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $177.71 | $109,949.23 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $177.42 | $109,771.81 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $171.42 | $109,600.39 |
| 11/02/2017 | 1002 | International Sureties, Ltd. | Chapter 7 Trustee Blanket Bond | 2300-000 | | $38.43 | $109,561.96 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $171.10 | $109,390.86 |
| 12/12/2017 | (7) | Schirrmeister Diaz-Arrastia Brem LLP | Refund of Retainer | 1229-000 | $1,867.04 | | $111,257.90 |
| 12/13/2017 | 1003 | Nova 401(k) Associates | #40 02/07/18 Inv. D25096 | 2990-000 | | $1,595.00 | $109,662.90 |
| 12/13/2017 | 1004 | Nova 401(k) Associates | #40 02/07/18 Inv. #E12708 | 2990-000 | | $175.00 | $109,487.90 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $177.08 | $109,310.82 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $176.39 | $109,134.43 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $159.06 | $108,975.37 |
| 03/12/2018 | (11) | Locke Lord LLP | #42 02/07/18 Settlement Proceeds (wired on 03/09/18) | 1249-000 | $1,864,039.09 | | $1,973,014.46 |
| 03/18/2018 | (11) | Locke Lord LLP | #42 02/07/18 Settlement Payment (wired 03/15/18) | 1249-000 | $935,960.91 | | $2,908,975.37 |

| | | | | SUBTOTALS | $2,802,203.88 | $4,060.70 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-35530-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | BLUEWATER INDUSTRIES, LP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6855 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/28/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2018 | 1005 | Locke Lord LLP | #49 03/22/18 Attorney Fees & Expenses | * | | $935,960.91 | $1,973,014.46 |
| | | | $(918,108.81) | 3210-000 | | | $1,973,014.46 |
| | | | $(17,852.10) | 3220-000 | | | $1,973,014.46 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3,046.23 | $1,969,968.23 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2,973.84 | $1,966,994.39 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3,174.13 | $1,963,820.26 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3,169.01 | $1,960,651.25 |
| 07/24/2018 | 1006 | Munshi CPA, P.C. | #73 07/03/18 Accountant Fees & Expenses | * | | $4,268.52 | $1,956,382.73 |
| | | | $(4,102.50) | 3410-000 | | | $1,956,382.73 |
| | | | $(166.02) | 3420-000 | | | $1,956,382.73 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3,061.83 | $1,953,320.90 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3,458.22 | $1,949,862.68 |
| 10/25/2018 | 1007 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Trustee bond | 2300-000 | | $499.61 | $1,949,363.07 |
| 10/25/2018 | 1008 | Nathan Sommers Jacobs, P.C. | #81 10/22/18 Attorney Fees & Expenses | * | | $20,721.00 | $1,928,642.07 |
| | | | $(20,417.50) | 3110-000 | | | $1,928,642.07 |
| | | | $(303.50) | 3120-000 | | | $1,928,642.07 |
| 05/21/2019 | 1009 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $110,943.65 | $1,817,698.42 |
| 05/21/2019 | 1010 | Sulzer Pumps (UK) Ltd | Final Distribution on Claim #: 2; Amount Claimed: 1,108,391.54; Amount Allowed: 1,108,391.54;  Claim #: 2; | 7100-000 | | $71,757.16 | $1,745,941.26 |
| 05/21/2019 | 1011 | Bennu Oil & Gas, LLC | Final Distribution on Claim #: 3; Amount Claimed: 13,196,030.28; Amount Allowed: 13,196,030.28;  Claim #: 3; | 7100-000 | | $854,309.68 | $891,631.58 |
| 05/21/2019 | 1012 | Exterran Energy Solutions, L.P. | Final Distribution on Claim #: 4; Amount Claimed: 10,427,443.00; Amount Allowed: 10,427,443.00;  Claim #: 4; | 7100-000 | | $675,071.62 | $216,559.96 |

|  |  |  | SUBTOTALS | | $0.00 | $2,692,415.41 |
|---|---|---|---|---|---|---|

Page No: 4     Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-35530-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | BLUEWATER INDUSTRIES, LP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6855 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/28/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/21/2019 | 1013 | Pentagon Freight Services, Inc | Final Distribution on Claim #: 5; Amount Claimed: 897,178.89; Amount Allowed: 897,178.89; Claim #: 5; | 7100-000 | | $58,083.27 | $158,476.69 |
| 05/21/2019 | 1014 | Pioneer Funding Group, LLC | Final Distribution on Claim #: 6; Amount Claimed: 845,956.45; Amount Allowed: 845,956.45; Claim #: 6; | 7100-000 | | $54,767.14 | $103,709.55 |
| 05/21/2019 | 1015 | Pioneer Funding Group, LLC | Final Distribution on Claim #: 7; Amount Claimed: 443,124.41; Amount Allowed: 443,124.41; Claim #: 7; | 7100-000 | | $28,687.83 | $75,021.72 |
| 05/21/2019 | 1016 | Pegasus International (UK) Ltd | Final Distribution on Claim #: 8; Amount Claimed: 1,158,817.32; Amount Allowed: 1,158,817.32; Claim #: 8; | 7100-000 | | $75,021.72 | $0.00 |
| 10/09/2019 | 1016 | STOP PAYMENT: Pegasus International (UK) Ltd | Final Distribution on Claim #: 8; Amount Claimed: 1,158,817.32; Amount Allowed: 1,158,817.32; Claim #: 8; | 7100-004 | | ($75,021.72) | $75,021.72 |
| 10/09/2019 | 1012 | STOP PAYMENT: Exterran Energy Solutions, L.P. | Final Distribution on Claim #: 4; Amount Claimed: 10,427,443.00; Amount Allowed: 10,427,443.00; Claim #: 4; | 7100-004 | | ($675,071.62) | $750,093.34 |
| 10/09/2019 | 1017 | Pegasus International (UK) Ltd | Final Distribution on Claim #: 8; Amount Claimed: 1,158,817.32; Amount Allowed: 1,158,817.32; Claim #: 8; | 7100-000 | | $75,021.72 | $675,071.62 |
| 10/09/2019 | 1018 | Exterran Energy Solutions, L.P. | Final Distribution on Claim #: 4; Amount Claimed: 10,427,443.00; Amount Allowed: 10,427,443.00; Claim #: 4; | 7100-000 | | $675,071.62 | $0.00 |
| 11/05/2019 | 1017 | STOP PAYMENT: Pegasus International (UK) Ltd | Final Distribution on Claim #: 8; Amount Claimed: 1,158,817.32; Amount Allowed: 1,158,817.32; Claim #: 8; | 7100-004 | | ($75,021.72) | $75,021.72 |
| 11/05/2019 | 1019 | Pegasus International (UK) Ltd | Final Distribution on Claim #: 8; Amount Claimed: 1,158,817.32; Amount Allowed: 1,158,817.32; Claim #: 8; | 7100-000 | | $75,021.72 | $0.00 |

SUBTOTALS     $0.00     $216,559.96

Page No: 5  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 15-35530-H5-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | BLUEWATER INDUSTRIES, LP | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6855 | **Checking Acct #:** | ******3001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHK |
| **For Period Beginning:** | 10/20/2015 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 4/28/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| | **TOTALS:** | $2,923,121.56 | $2,923,121.56 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | **Subtotal** | $2,923,121.56 | $2,923,121.56 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | **Net** | $2,923,121.56 | $2,923,121.56 | |

**For the period of 10/20/2015 to 4/28/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,923,121.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,923,121.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,923,121.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,923,121.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/16/2015 to 4/28/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,923,121.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,923,121.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,923,121.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,923,121.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 6    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 15-35530-H5-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | BLUEWATER INDUSTRIES, LP | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6855 | **Checking Acct #:** | ******3001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHK |
| **For Period Beginning:** | 10/20/2015 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 4/28/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,923,121.56 | $2,923,121.56 | $0.00 |

**For the period of 10/20/2015 to 4/28/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,923,121.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,923,121.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,923,121.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,923,121.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/20/2015 to 4/28/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,923,121.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,923,121.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,923,121.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,923,121.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS