United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **BLUEWATER INDUSTRIES, LP** §
                                       §          **Case No.  15-35530-H5-7**
                                       §
                                       §          **Chapter 7**
        **Debtor(s).**                 §

---

## ORDER FOR DEPOSIT OF FUNDS

The following motion is GRANTED:

#108 - Application to Deposit Unclaimed Funds filed by Trustee Ronald J. Sommers (Attachments #1 Proposed Order) (Sommers, Ronald)

Amount:  $929.69
Owed to:  Sulzer Pumps (UK) Ltd.

Amount:  $8,746.40
Owed to:  Exterran Energy Solutions, LP

Amount:  $972.00
Owed to: Pegasus International (UK) Ltd.

Signed and Entered on Docket:  ___03/02/2025___

By:_____Araceli Juarez_____
                Deputy Clerk

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

**EXHIBIT "A"**

Please check one:


__          Small Dividends

 XX          Unclaimed Dividends


| Name & Address | Claim No. | Amount |
|---|---|---|
| Sulzer Pumps (UK) Ltd<br>Manor Mill Lane<br>Leeds L511 8BR<br>United Kingdon | 2 | $929.69 |
| Exterran Energy Solutions, LP<br>Attn:  Matthew Pickle<br>4444 Brittmoore Rd<br>Houston, TX 77041 | 4 | $8,746.40 |
| Pegasus International (UK) Ltd.<br>The Academy Belmont St<br>Aberdeen AB10 1LB<br>United Kingdom | 8 | $972.00 |
| **TOTAL:** | | **$10,648.09** |